UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIMEGLIO,
                             Plaintiff,

           -against-

NIKY'S SPORTS, INC.,
                           Defendant.
-------------------------------------------------------------X

23 Civ. 5048 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated June 20, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for August 2, 2023, at 4 P.M.;

    WHEREAS, Defendant Niky's Sports, Inc. has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, the parties failed to submit a timely joint letter and proposed case management plan; it is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 2, 2023**, at **noon**.  If Plaintiff has not been in communication with Defendant, she shall file a status letter regarding her efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **August 2, 2023**, at **noon**.

    **ORDERED** that the initial pretrial conference scheduled for August 2, 2023, is adjourned to **August 9, 2023, at 4:00 P.M.**

Dated: July 28, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE