

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

**STEIN | SAKS, PLLC**

August 1, 2023

<u>Via CM/ECF</u>
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

      Re:    <u>**DiMeglio v. Niky's Sports, Inc.**</u>
             **Case #: 1:23-cv-05048-LGS**

Dear Judge Schofield:

      We represent the plaintiff in the above matter, and write pursuant to the Order of July 28, 2023, to respectfully request that the Initial Conference scheduled for August 9, 2023, be adjourned.

      Defendant Niky's Sports, Inc. has not made an appearance or reached out to Plaintiff. Defendant was served on July 11, 2023, and its answer is due today, August 1.

      We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED**. The initial pretrial conference scheduled for August 9, 2023, is adjourned to **August 23, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. If Plaintiff has been in communication with Defendant, then the parties shall file the joint letter and proposed case management plan no later than **August 16, 2023, at 12:00 P.M.** If Plaintiff has not been in communication with Defendant, Plaintiff shall file a proposed order to show cause for default judgment and supporting papers required by the Court's Individual Rules by **August 16, 2023**. Plaintiff shall serve a copy of this Order on Defendant and file proof of service on the docket by **August 8, 2023**.

Dated: August 3, 2023
       New York, New York